No. 427, Misc. FALKENSTEIN v. NEW YORK. Appellate Division of the Supreme Court of New York. Certiorari denied.

No. 428, Misc. HOLLAND v. EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 437, Misc. HOLMES v. SWENSON, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 457, Misc. VARELA ET AL v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Richard J. Gleason* for petitioners.

No. 459, Misc. SEGER ET AL. v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

*Rehearing Denied.*

No. 403. REIDER v. THOMPSON, TRUSTEE, MISSOURI PACIFIC RAILROAD CO., *ante*, p. 113. Rehearing denied. MR. JUSTICE JACKSON and MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 517. COHEN ET AL. v. UNITED STATES, *ante*, p. 914. Rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 255, Misc. THOMPSON v. ROBINSON, WARDEN, 338 U. S. 950. Second petition for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.